■ In the Matter of ROBERT A. SACKETT, Petitioner, v CAROL BERKMAN, Respondent.—Application seeking to relieve petitioner as counsel for defendant Angel Rodriguez under New York County indictment No. 4553/85 and stay of said trial unanimously denied, the cross motion to dismiss the petition granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WRIGHT, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on April 5, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Asch, Rosenberger and Wallach, JJ.

■ ALEXANDER FOSSE et al., Respondents, v KENNETH Z. BERMAN, Appellant.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on February 22, 1985, unanimously affirmed, without costs and without disbursements, on constraint of *Beer v Florsheim* (96 AD2d 485). Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Wallach, JJ.